IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED

2006 JAN 26  A 10: 50

Stanley Permenter #190836        )
Full name and prison number      )
of plaintiff(s)                  )
                                 )        CIVIL ACTION NO. 2:06 CV 72-MEF
v.                               )        (To be supplied by Clerk of
                                 )        U.S. District Court)
Donal Campbell, Prison Health Services, Inc.
~~Services, Inc.~~               )
        Mental Health Mana-      )
gement, ~~Leon Forniss,~~ Victoria )
Baxley, et.al.                   )
_____  )
                                 )
_____  )
                                 )
_____  )
Name of person(s) who violated   )
your constitutional rights.      )
(List the names of all the       )
persons.)                        )

I.   PREVIOUS LAWSUITS
     A.   Have you begun other lawsuits in state or federal court
          dealing with the same or similar facts involved in this
          action?  YES (   )  NO (XX)

     B.   Have you begun other lawsuits in state or federal court
          relating to your imprisonment?  YES ( x )  NO (   )

     C.   If your answer to A or B is yes, describe each lawsuit
          in the space below.  (If there is more than one lawsuit,
          describe the additional lawsuits on another piece of
          paper, using the same outline.)

          1.   Parties to this previous lawsuit:

               Plaintiff(s)  Stanley Permenter

               Defendant(s)  Eric Evans, Lt. et. al.

          2.   Court (if federal court, name the district; if
               state court, name the county)  Federal

               Northern Districet of Alabama

3. Docket number   7:03-CV-03431-LSC-HGD

4. Name of judge to whom case was assigned   Harwell G. Davis, Magistrate Judge

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)   Pending

6. Approximate date of filing lawsuit   12/28/03

7. Approximate date of disposition   N/A

II. PLACE OF PRESENT CONFINEMENT   Staton Correctional Facility Elmore, AL

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED   Bibb County and Staton Correctional Facility

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| # | NAME | ADDRESS |
|---|------|---------|
| 1. | Donal Campbell | 301 South Ripley Street, Montgomery |
| 2. | Cheryl Price | 565 Bibb Lane, Brent, AL |
| 3. | Cindy Fowler | 565 Bibb Lane, Brent, AL |
| 4. | Leon Forniss | P.O. Box 56, Elmore, AL |
| 5. | Prison Health Services | P.O Box 56, Elmore, AL |
| 6. | Mental Health Management | P.O Box 56, Elmore, AL |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED   See Attachment

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE:   See Attachment

2

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

    <u>See attachment</u>

GROUND TWO: <u>See Attachment</u>

SUPPORTING FACTS: <u>See attachment</u>

GROUND THREE: <u>See attachment</u>

SUPPORTING FACTS: <u>See attacjhment</u>

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Injunction for medical treatment, monetary award, return funds that were took, and right to vote in political elections. Also request a decleration that defendants violated the plaintiff's rights gauranteed him under the constitution.

_____ Stanley Parmenter _____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on Janauary 20, 2006
(Date)

_____ Stanley Parmenter _____
Signature of plaintiff(s)

4