RECEIVED

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA

STANLEY PERMENTER
_____
Plaintiff(s)/Petitioner(s)

vs.                                CIVIL ACTION NO. 2:06CV72MEF
                                   (To be supplied by Clerk of Court)

Bob Riley,
~~_____~~ DONAL CAMPBELL, PRISON HEALTH SERVICES, ET ALL
Defendant(s)/Respondent(s)

## MOTION TO PROCEED WITHOUT PREPAYMENT OF FEES

I, STANLEY PERMENTER_____, a United States citizen, make this Motion to Proceed Without Prepayment of Fees pursuant to Title 28 U.S.C. § 1915 in order to proceed in _forma pauperis_ in this action. I am unable to make prepayment of fees or to give security therefor, and it is my belief that I am entitled to redress. I have not divested myself of any property, monies or any items of value for the purpose of avoiding payment of said fees.

I.    BRIEF STATEMENT AS TO THE NATURE OF THE ACTION: DEPRIVING AND ABRIDGING THE PLAINTIFF"S RIGHTS GAURANTY UNDER THE CONSTITUTION. THIS ACTION IS TO ENJOIN AND TO SEEK TO HAVE MISCONDUCY OF THE DEFENDANT's ceased.

II.   RESIDENCE:
      Your address:    Post Office Box 56 (G-1-20)
      _____
                       (Street)
                       Elmore, AL 36025
      _____
          (City)              (State)           (Zip Code)

III.  MARITAL STATUS:
      1. Single _____ Married _____ Separated _x_ Divorced _____
      2. If married, spouse's full name: N/A

IV.   DEPENDENTS:
      1. Number N/A
      2. Relationship to dependent(s):        N/A
      3. How much money do you contribute toward your dependents' support on a monthly basis? $ N/A

Revised 12/14/01

V.   **EMPLOYMENT:**   N/A   XXXXA
   1. Name of employer: _____
      a. Address of employer: ____N/A_____
         N/A                              (Street)
      _____
            (City)              (State)           (Zip Code)
      b. How long have you been employed by present employer?
         Years: _____   Months _____
      c. Income: Monthly $_____ or Weekly $_____
      d. What is your job title? _____
                                          July 1993
   2. If unemployed, date of last employment: ___XXXXXXXXXXX____
      Amount of salary and wages received per month in last employment: $800.00  800.00
         N/A
   3. Is spouse employed? ___XXXX___ If so, name of employer: ____N/A____
      _____
      a. Income: Monthly $____N/A____ or Weekly $ N/A_____
      b. What is spouse's job title? ____N/A_____

   4. Are you and/or your spouse receiving welfare aid? ___XXXX___ N/A
      If so, amount: Monthly $ N/A_____ or Weekly $____N/A_____

VI. **FINANCIAL STATUS**
   1. Owner of real property (excluding ordinary household furnishings and clothing):
      a. Description: _____N/A_____
      b. Full Address: _____N/A_____
      c. In whose name: ____N/A_____
      d. Estimated value - - - - - - - - - - - - - - - - - - - - - -  $N/A  XXX
      e. Total amount owed - - - - - - - - - - - - - - - - - -  $N/A  XX
         Owed to: _____N/A_____  $N/A  XX
         _____  $N/A  XX

      f. Annual income from property - - - - - - - - - - - - - -  $N/A  XX

   2. Other assets/property, such as automobiles, boats, motor homes, court
      judgments, etc. (If more than two, list information on back):
      a.                                    Asset (1)          Asset (2)
         Make & Model: ·· ·· · · · · ·   N/A              N/A
         In whose name registered?       N/A              N/A
         Present Value of Asset:         N/A              N/A
         Amount owed:                    N/A              N/A
         Owed to:                        _____           _____
      b. Total cash in banks, savings and loan associations, prisoner accounts,
         financial institutions, other repositories, or anywhere else - $ .01

2

c. List monies received by you during the last twelve (12) months, or held for you by banks, savings and loan associations, prisoner accounts, other financial institutions, or other sources as indicated below:

Business, profession or other forms of self-employment - $ 0 ~~XX~~

Rent payments, interest or dividends - - - - - - - - - - - - - $ 0 ~~XX~~

Pensions, annuities or life insurance payments - - - - - - - $ 0 ~~XX~~

Gifts or inheritances - - - - - - - - - - - - - - - - - - - - - - - $150.19 ~~XXXXXX~~ ~~Approx $50.00~~

Stocks, bonds or notes - - - - - - - - - - - - - - - - - - - - - $ 0 ~~XX~~

Tax refunds, Veteran benefits or social security benefits $ 0 ~~XX~~

Any other sources - - - - - - - - - - - - - - - - - - - - - - - - - $ 0 ~~XX~~

3. Obligations:
   a. Monthly rental on house or apartment - - - - - - - - - - - - $N/A ~~XX~~
   b. Monthly mortgage payments on house - - - - - - - - - - - - $N/A ~~XX~~

4. Other information pertinent to your financial debts and obligations:

| N/A (Creditor) | N/A (Total debt) | N/A (Monthly payment) |
|---|---|---|
| N/A (Creditor) | N/A (Total debt) | N/A (Monthly payment) |
| (Creditor) | (Total debt) | (Monthly payment) |

5. If you have indicated that you have minimal or no assets or income, please explain how you provide for your basic living needs such as food, clothing and shelter. (e.g. food stamps, family assistance or charitable contributions.)

~~Approx xxxx~~ I am a prisoner who is having to rely on his mother for donations of funds. With these funds I purchase stationary, stamps, and other miscellaneous items off the prison canteen.

Other (Explain): ~~xx Occassionally received funds donated xxxx to pay the very miscellaneous~~

3

## VII.  ALL PLAINTIFFS/PETITIONERS MUST READ AND SIGN:

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements. FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

January 20 , 2006
DATE

_Stanley Pennington_
SIGNATURE OF PLAINTIFF/PETITIONER

_P.O. Box 56  (6-1-20)_
ADDRESS
_Elmore, AL  36025_

4

Stanley Permenter  190836
P.O. Box 56  (G-1-20)
Elmore, AL 36025

## VIII.   FOR PRISONER PLAINTIFFS/PETITIONERS ONLY:

A financial statement containing all transactions in your prisoner account for the six (6) months immediately preceding the filing of the Complaint must accompany this Motion. The financial statement must be in the form of a computer printout or bank ledger card prepared by the institution; a notarized financial statement that you prepare; or a financial statement prepared by an authorized officer of the institution. Failure to provide this financial statement information may result in the dismissal of this action.

The requirement to submit the financial statement addressed above does not negate your responsibility to ensure that the Certificate found below is also properly executed and filed.

I hereby authorize the agency having custody of me to collect from my prison account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. § 1915(b)(2). I understand that even if I am allowed to proceed in forma pauperis or pay a partial filing fee and even if my case is later dismissed for any reason, I am obligated to pay to the Clerk of the Court the full amount of the filing fee ($150.00 for a civil action, $5.00 for a habeas corpus petition, or $105.00 for an appeal).

| 1-9-2006 | _Stanley Permenter_ |
|---|---|
| DATE | SIGNATURE OF PLAINTIFF/PETITIONER |

### CERTIFICATE
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ .01 on account to his/her credit at _Staton Correctional_ (name of institution). I further certify that during the past six months the applicant's average monthly balance was $ 3.75 . I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 25.00 . (Please attach a certified copy of the applicant's account statement showing transactions for the past six months.)

| JAN 11 2006 | _N. H. Alergua_ |
|---|---|
| DATE | SIGNATURE OF AUTHORIZED OFFICER |

**INMATE REQUEST SLIP**

Name _Stanley Permenter_ Quarters _G-1-20_ Date _1-10-06_

AIS # _190 B 36_

( ) Telephone Call    ( ) Custody Change    ( ) Personal Problem

( ) Special Visit    ( ) Time Sheet    (✓) Other _Business_

Briefly Outline Your Request - <u>Then Drop In Mail Box</u>

_I request the authorized officer of Staton to fill out certificate to my Informa Pauperis._

_Thanks!_

<u>Do Not Write Below This Line - For Reply Only</u>

OK

1/11/06

| Approved | Denied | Pay Phone | Collect Call |
|----------|--------|-----------|--------------|

Request Directed To: (<u>Check One</u>)

( ) Warden    ( ) Deputy Warden    ( ) Captain

( ) Classification Supervisor    ( ) Legal Officer - Notary Public    ( ) Record Office

N176

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
STATON CORRECTIONAL FACILITY

AIS #: 190836     NAME: PERMENTER, STANLEY          AS OF: 01/11/2006

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|-------|-----------|-------------------|------------------|
| JAN | 20 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $2.72 | $50.12 |
| OCT | 31 | $8.23 | $100.00 |
| NOV | 30 | $0.63 | $0.00 |
| DEC | 31 | $0.01 | $0.00 |
| JAN | 11 | $0.01 | $0.00 |