IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY PERMENTER #190836    *

Plaintiff,

vs.                          *    Case No.: 2:06-CV-72-MEF

DONAL CAMPBBELL, et. al.,

Defendants.                  *

RECEIVED
2006 FEB 17 A 9: 54

### MOTION TO WAIVE THE INITIAL PARTIAL FILING FEE

Comes now Stanley Permenter, Pro Se, and makes this motion to waive the initial partial filing fee and for good cause therefor shows:

1. Stanley Permenter reincorporates the previous complaint filed in this action.

2. In the complaint Stanley Permenter affirms that the Defendants took monies off his P.M.O.D. Account with Alabama Dept. Of Corrections unlawfully.

3. Business Manager, Victoria Baxley, made determination to enforce withholding of Stanley Permenter's P.M.O.D. Account on order of the Bibb County Circuit Court Cases CV05-077 and CV05-125.

4. Stanley Permenter claims that Victoria Baxley nor Bibb County Circuit Court have jurisdiction over his account with Alabama Dept. Of Corrections. Proper venue would be Montgomery County, Alabama pursuant to Title 6 Code of Alabama 1975.

5. Stanley Permenter is now at Elmore Correctional Facility in Elmore, AL but, the freeze and withholding of his account is still in effect.

WHERFORE PREMISES CONSIDERED, Stanley Permenter prays that the Court grants this motion to waive the initial partial filing fee ordered.

Respectfully submitted this 16th day of February 2006.

*Stanley Permenter*
Stanley Permenter
P.O. Box 8
Elmore, AL 36025