Stanley Permenter #190836
P.O. Box 8 (C-1-50)
Elmore, AL 36025

Legal Mail

Note new address above

Office Of The Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

