IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STANLEY PERMENTER, #190 836 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Before the court is Plaintiff's Motion to Waive Initial Partial Filing fee. He maintains that his inmate account has been frozen. The court, therefore, understands Plaintiff to request that he be allowed to proceed in this action without prepayment of the initial partial filing fee until such funds became available to him.

The court has considered Plaintiff's motion and construes it as a request that he be allowed to proceed in this action without prepayment of the court-ordered initial partial filing fee until such funds became available to him. Upon consideration of the motion, the court concludes that the motion shall be granted. Plaintiff is advised, however, that this court must, under the provisions of 28 U.S.C. § 1915(b)(1), "assess and, when funds exist, collect" the $250.00 filing fee from monies available to Plaintiff, when the amount in Plaintiff's account exceeds $10.00. The court may not waive or exempt Plaintiff from compliance with

the statutory provisions regarding payment of filing fees.

Accordingly, it is

ORDERED that Plaintiff's February 17, 2006 pleading, construed as Motion to Proceed Without Pre-payment of the Court-Ordered Initial Partial Filing Fee Until Funds Become Available (Doc. No. 4), be and is hereby GRANTED.

Done, this 23rd day of February, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE