IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

Stanley Permenter,                          *

Plaintiff,
vs
                                            *       Case No. 2:06-CV-72-MEF

Donal Campbell, et. al.,

Defendants.                                 *

## MOTION FOR APPOINTMENT OF COUNSEL

COMES NOW STANLEY Permenter, Pro Se, and moves this honorable court to appoint him an attorney to assist him with filing the Amended Complaint as ordered to comply with the applicable rules on February 24, 2006 and for good cause therefor shows;

1. Stanley Permenter is indigent without means to afford counsel.
2. The issues are complex.

*Stanley Permenter*
February 8, 2006