AMENDED COMPLAINT

RECEIVED

# IN THE UNITED STATES DISTRICT COURT FOR MAR 10 A 10:32
## THE MIDDLE DISTRICT OF ALABAMA

|  |  |
|---|---|
| STANLEY PERMENTER | ) |
|  | ) |
| Full name and prison number | ) |
| of plaintiff(s) | ) |
|  | ) |
| v. | ) |
|  | ) |
| DONAL CAMPBELL, ET. AL., | ) |
|  | ) |
| PRSION HEALTH SERVICES INC. | ) |
|  | ) |
| MENTAL HEALTH MANAGEMENT | ) |
|  | ) |
| NURSE HAMBY, | ) |
|  | ) |
| DR. WHITLEY | ) |
|  | ) |
| DR. NEVELS | ) |
|  | ) |
| Name of person (s) who violated | ) |
| your constitutional rights. | ) |
| (List the names of all the | ) |
| persons.) | ) |

CIVIL ACTION NO. 2:06-CV-72-MEF
(To be supplied by Clerk of
 U.S. District Court)

I.  PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?   YES ( )   NO ( xxx)

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?   YES (xxxx)   NO ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Stanley Permenter

Plaintiff(s) _____

_____

Defendant(s) ____ Eric Evans, Lt., et. al. ____

_____

2. Court (if federal court, name the district; if state court, name the county) ——— U.S. Nothern District of Alabama

3. Docket number ——— 7:03--CV-03431-LSC-HGD

4. Name of judge to whom case was assigned ——— Harwell G. Davis, III

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ——— Pending

6. Approximate date of filing lawsuit ——— 12/28/2003

7. Approximate date of disposition ——— N/A

II. PLACE OF PRESENT CONFINEMENT ——— ELMORE CORRECTIONAL CENTER
P.O. Box 8, Elmore, AL 36025

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED ———
Alabama Department Of Corrections

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Donal Campbell | 301 South Ripley Street, Montgomery, AL 386 |
| 2. | Prison Health Services INC. | 301 South Ripley Street, Montgomery, AL |
| 3. | Mental Health Management | 310 South Union Street, Montgomery, Lala |
| 4. | Nurse Hamby | 301 South Union Street, Montgomery, AL |
| 5. | ADministrator Craig, | 301 South Ripley Street, Montgomery, AL |
| 6. | Dr. Whitley | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED ———
In November 2004 Nurse Hamby of Prison Health Services advised the Plaintiff that he had contacted Hepatitis C. Plaintiff asked for treatment. After Nurse Hamby consulted with Dr. Whitley Plaintiff was advised they weere to run blood tests.

2

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: ___DENIAL OF MEDICAL  TREATMENT FOR HEPATITS C___

SUPPORTING FACTS: ___In April 2005 the Plaintiff filed formal grievance against Prison Health Services , Inc. to Administrator Craig, about not being treated for Hepatitis C and the anxieties and pains associated with it.  After this the Plaintiff seen Dr. Whitley and  Dr. Nevels about his pain and anxietie and they would not treat this or his Hepatitis C.  Congressman Aderholt contacted Commissioner Campbell of Alabama D.O.C. about treating the Plaintiff for his Hepatitis C.  Commissioner Campbell responded to Congressmans letters advising they were going to address the Plaintiffs serious medical needs.  The Plaintiff has not received treatment.  In September 2005 Plaintiffs prescription medicines ran out because he had not seen Dr. and upon filing grievancesx that were not replied to Plaintiff went to sick call again ($3.00 co-pay for every sick call visit) and Nurse Smith said "Welcome to Staton."___

GROUND TWO: ___DENIAL OF  DUE PROCESS___
___The Plaintiff has had to continually sign up for sick calls and pay the $3.00 co-pay when Defendants are deliberately indifferent to his serious medical needs.___

SUPPORTING FACTS: ~~The Defendants have made numerous $3.00 deductions from~~ his P.m.O.D ~~account with Alabama D.O.C. because of being forced to repeatedly go to sick ca~~lls with probel ms ~~related to the Hepatitisc and not receiving chronic care for his pain and~~ anxiety.

___GROUND 1 CONTINUED:  On January 6, 2006 Plaintiff snet letter to Warden Forniss that he was not recieving treatment or replies frome his grievance he had submitted to the health-care provider Prison Health Sevices ,Inc .  On January 23, 2006 Plaintiff seen Nurse Pract-itioner Guice about his Hepatitis C and they ordered tests again that showed my liver was being damage because of high ALT levels in blood.  Still no treatments.___

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU.  MAKE NO LEGAL ARGUMENT.   CITE NO CASES OR STATUTES.

Injunction for medical treatment, moneytary award return of funds the Degendants took w without due process.

_Harley Kennedy_
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on    February 8, 2006
                        (Date)

_Harley Kennedy_
Signature of plaintiff(s)