Case 2:06-cv-00072-MEF-VPM   Document 30-3   Filed 06/01/2006   Page 1 of 1

Permenter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Whitley
   Elmore Correctional Facility
   PO Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph G.B._
☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Joseph Giles              4/5/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:06cv72 (cmp/am/cmp/order to ans)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 3687

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Permenter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Nurse Hamby
   Elmore Correctional Facility
   PO Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph G.B._
☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Joseph Giles              4/5/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:06cv72 (cmp/am/cmp/order 40 ans)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 3700

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

Permenter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dr. Nevels
   Elmore Correctional Facility
   PO Box 8
   Elmore, AL 36025

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Joseph G.B._
☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
Joseph Giles              4/5/06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:  ☐ No

2:06cv72 (cmp/am/cmp/order 40 ans)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7005 1160 0001 2962 3694

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540