Permenter

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Donal Campbell
    Alabama Dept. of Corrections, Legal Division
    P. O. Box 301501
    Montgomery, AL 36130-1501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_____   4/6/06

D. Is delivery address different from item 1?  ☑ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:06cv72 (cmplamdcmp|order 4/6/06)

2. Article Number (Transfer from service label)
   7005 0460 0004 2962 3717

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540