IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STANLEY PERMENTER, #190 836 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al*., | * | |
| Defendants. | * | |

_____

**ORDER**

It appears that service has not been perfected on Defendant Mental Health Management ("MHM") in this case. If a person has not been served, he or she is not a party to this lawsuit except in very unusual circumstances. Consequently, in order to maintain litigation against Defendant MHM, Plaintiff must furnish the clerk's office with a correct address for this defendant. Accordingly, it is

ORDERED that:

1. On or before April 26, 2006 Plaintiff shall furnish the clerk's office with the correct address for Defendant MHM. Plaintiff is advised that the court will not continue to monitor this case to ensure that the defendant he wishes to sue has been served. This is Plaintiff's responsibility.

2. Plaintiff is cautioned that if he fails to comply with this order, Defendant MHM

will not be served, it will not be a party to this cause of action, and this case will proceed only against those defendants on whom service is perfected. *See* Rule 4(m), *Federal Rules of Civil Procedure*.

DONE, this 14th day of April, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE