IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY PERMENTER, <br> AIS # 190836, <br><br> Plaintiff, <br><br> v. <br><br> DONAL CAMPBELL, et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | CIVIL ACTION NO. 2:06-CV-00072-MEF |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR
SUBMISSION OF HIS SPECIAL REPORT AND ANSWER**

COMES NOW Dr. Charles Nevels ("Nevels"), and files this Motion for an Extension of Time for Submission of his Special Report and Answer. Defendant respectfully requests an additional thirty (30) days to submit his Special Report, required evidentiary materials (including the affidavits of all pertinent individuals) and Answer. As grounds for this motion, Defendant states as follows:

1. On March 10, 2006, Plaintiff filed an Amended Complaint naming Dr. Nevels as an individual defendant. This Honorable Court has set a deadline of May 13, 2006 for Defendant Nevels to file a Special Report and Answer.

2. Defendant Nevels has been ordered to obtain sworn statements of persons having knowledge of the subject matter. Further, Dr. Nevels and the undersigned counsel will have to review Plaintiff's medical records.

3.      Undersigned counsel is working diligently to comply with the Court's Order requiring Defendant to submit his Special Report and Answer. To properly do so, undersigned counsel hereby requests a thirty- day extension to ensure all of the accurate information is gathered. Granting this extension will not prejudice the Plaintiff in this matter.

WHEREFORE, PREMISES CONSIDERED, Defendant Dr. Nevels respectfully requests that this Honorable Court grant an extension of time allowing Defendant time to file his Special Report, required evidentiary materials and Answer on or before June 12, 2006.

Respectfully submitted this _____ day of May, 2006.

Respectfully Submitted,

*/s/Gregory F. Yaghmai*
ASB-2411-H67G
Attorney for Dr. Charles Nevels
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail: gyaghmai@sssandf.com

## CERTIFICATE OF SERVICE

I hereby certify that I have this 3th day of May, 2006 mailed by United States Postal Service the foregoing document to the following non-CM/ECF participant:

Inmate Stanley Permenter
AIS # 190836
P. O. Box 8
Elmore, AL 36025

/s/*Gregory F. Yaghmai*
ASB-2411-H67G
Attorney for Dr. William Sanders
Scott, Sullivan, Streetman & Fox, P.C.
2450 Valleydale Road
Birmingham, Alabama 35244
Phone: 205-967-9675
Facsimile: 205-967-7563
E-mail: gyaghmai@sssandf.com