IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

Stanley Permenter,                    *

Plaintiff,                            *     RECEIVED

                                      *     2006 MAY -4  P 10: 10
vs.                                   * Case No.: #2:06-cv-00072-MEF

Donal Campbell, et. al.               *

Defendants.                           *

### PLAINTIFF'S REPLY TO ORDER OF COURT

Comes now Stanley Permenter, pro se, and makes this reply to Order filed April 14, 2006 and shows;

1. Plaintiff sent service address to Clerk for service upon defendant MHM on April 25, 2006.

2. This does not constitue a pleading in this cause and it is unnecessary hardship to make the additional copies and serve this upon all parties. (Plaintiff is proceeding In Forma Pauperis)

3. Nevertheless, Plaintiff hereby advises the Court that the service address for MHM is to be obtained to, "Mental Health Management, Staton Health Care Unit, P.O. Box 56, Elmore, AL 36025."

4. If this is not sufficient can serve them by placing it into the box located here at Elmore for sick call.

5. Plaintiff further request the Clerk to send him any applicable local rules he should be aware of.

6. Should the Clerk consider all communications pleadings please advise.

Res½ectfully submitted this 2nd day of May 2006.

*/s/ Stanley E. Permenter*

Certificate of Service

This is to certify that a copy of the foregoing was served upon PHS, Inc., MHM, Inc., Alabama D.O.C. by placing copy of same in the boxes for there business here at Elmore Correctional Center on this the 2nd day of May 2006.

*/s/ Stanley E. Permenter*