IN THE  UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

—————————————————

| | |
|---|---|
| STANLEY PERMENTER, #190 836 | * |
| Plaintiff, | * |
| v. | *     2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al*., | * |
| Defendants. | * |

—————————————————————

**ORDER ON MOTION**

Upon consideration of Defendant Nevels' Motion for Extension of Time, and for good cause, it is ORDERED that:

1.  Defendant Nevels' Motion for Extension of Time  (Doc. No. 17) is GRANTED; and

2.  Defendant Nevels is GRANTED an extension from May 12, 2006 to June 12, 2006 to file his answer and written report.

DONE, this 5th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE