IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | |
|---|---|
| STANLEY PERMENTER, #190 836 | * |
| Plaintiff, | * |
| v. | *   2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al.*, | * |
| Defendants. | * |

_____

**ORDER**

On May 4, 2006 Plaintiff filed a pleading in which he advises the court of a service a address for Mental Health Management ("MHM"). The CLERK of the court is hereby DIRECTED to serve MHM at Staton Correctional Facility, Staton Health Care Unit, P.O. Box 56, Elmore, Alabama 36025, with a copy of this order together with a copy of the amended complaint (Doc. No. 9) and the court's April 3, 2006 order of procedure. Accordingly, it is

ORDERED that MHM shall file an answer and written report to the amended complaint within forty (40) days of the filing date of this order in accordance with the court's April 3, 2006 order of procedure.

Plaintiff is advised that the court will not continue to monitor this case to ensure that each of the named defendants has been served. This is Plaintiff's responsibility. Plaintiff is

cautioned that if service is not perfected on Defendant MHM this entity will not be considered a party to this cause of action and this case will proceed only against those named defendants on whom service has been perfected.[1]

DONE, this 8th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff is advised that the fact that he was granted permission to proceed in this action *in forma pauperis* does not mean that he is not obligated to furnish defendants, or if counsel has entered an appearance, counsel for defendants, a copy of anything he sends to the court. Plaintiff may make the requisite copies by any means available to him including, handwritten, carbon, or xerox copies.