Perimenter

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Angela Thornell   ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
Angela Thornell    5-10-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:
   Mental Health Management (MHM)
   Staton Correctional Facility
   Staton Health Care Unit
   P. O. Box 56
   Elmore, AL 36025

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2:06cv72 (amdcmp + order + order) #11 #20 40 day

2. Article Number (Transfer from service label)
   7005 1160 0001 2962 4066

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540