IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY PERMENTER (AIS #190836), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, ET AL., | * | |
| Defendants. | * | |

### DEFENDANTS' MOTION TO EXTEND TIME TO FILE SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc., James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., and Cynthia Nevels, L.P.N. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by twenty (20) days up to and including June 5, 2006. As grounds for this Motion, Defendants show to the Court as follows:

1. Due to the high number of health care providers named as Defendants in this action, and unavoidable scheduling conflicts with their respective practices, counsel has been unable to meet with the Defendants to prepare a response to this inmate's Complaint.

2. This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

WHEREFORE, these Defendants request that this Honorable Court extend the time in which they have to respond to this Honorable Court's Order of April 3, 2006 by twenty (20) days up to and including June 5, 2006.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for Defendants James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., Cynthia Nevels, L.P.N., and Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 11th day of May, 2006, to:

Stanley Permenter #190836
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

s/R. Brett Garrett GAR085
Attorneys for Defendants James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., Cynthia Nevels, L.P.N., and Prison Health Services, Inc.