IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| STANLEY PERMENTER (AIS #190836), | * | |
| Plaintiff, | * | |
| V. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, ET AL., | * | |
| Defendants. | * | |

## MOTION TO WITHDRAW AS COUNSEL FOR CYNTHIA NEVELS, L.P.N.

COME NOW Peyton Chapman, III and R. Brett Garrett, counsel for Defendants, Prison Health Services, Inc., James Whitley, M.D., Thomas Craig, H.S.A., and Debbie Hamby, N.P. and move this Court to remove them as counsel for Cynthia Nevels, L.P.N. Cynthia Nevels, L.P.N. is not a Defendant in this matter.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for Defendants James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., and Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 15th day of May, 2006, to:

Stanley Permenter #190836
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

                                              s/R. Brett Garrett GAR085
                                              Attorneys for Defendants James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., and Prison Health Services, Inc.