IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **STANLEY PERMENTER** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| | ) | CASE NO. 2:06-CV-72-MEF |
| **DONAL CAMPBELL, ET AL.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## ANSWER OF DEFENDANT(S)

COMES NOW Defendant, Donal Campbell, by and through the undersigned counsel, and for his Answer to the above-styled action, states as follows:

Defendant denies each and every material allegation made in the Complaint, and demands strict proof thereof.

Defendant denies that he violated any of the Plaintiff's constitutional rights.

Defendant denies that he violated the Plaintiff's due process rights.

Defendant denies that he caused or allowed to continue any unconstitutional condition of the Plaintiff's confinement.

## DEFENSES AND AFFIRMATIVE DEFENSES

The Plaintiff has failed to state a claim upon which relief may be granted.

Defendant is entitled to state agent immunity.

Defendant is entitled to sovereign immunity under Article 1, § 14 of the Alabama Constitution (1901).

This Defendant is immune from suit under the Eleventh Amendment to the United States Constitution.

This Defendant is immune from suit due to qualified immunity.

          Respectfully submitted,

          TROY KING (KIN047)
          Attorney General

          s/ Benjamin H. Albritton
          Benjamin H. Albritton (ALB008)
          Assistant Attorney General

ADDRESS OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300

## CERTIFICATE OF SERVICE

I hereby certify that I have, this the 15th day of May, 2006, served a copy of the foregoing upon the Plaintiff by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Stanley Permenter
AIS#190836
Elmore Correctional Facility
Elmore, AL 36025

          s/ Benjamin H. Albritton
          Benjamin H. Albritton
          Assistant Attorney General