In The United States District Court For The
Middle District Of Alabama
Northern Division

2006 MAY 16 A 9:37

Stanley Permenter, #190836,
Plaintiff,

vs.                                   *   Case No.: 2:06-CV-72-MEP

Donal Campbell, et.al.,
Defendants.                           *

## Plaintiff's Objection To Defendant's Extended Time

Comes now Stanley Permenter, pro se and makes this objection to all Defendants extensions of time and requests this Honorable Court will deny any more extensions to file their Answer and Special Report and for good cause shows;

1. All Defendant's, individually, jointly, and in concert with each other, have known about Plaintiff's serious medical needs.

2. All Defendants, individually, jointly, and in concert with each other, have continuosly failed to address the Plaintiff's serious medical needs.

3. Defendants Prison Health Services, Inc., James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P., and Cynthia Nevels, L.P.N. appear to be requesting extension so they can conspire their Answers and Special Reports together. It is an inherent conflict of interest for the one attorney to represent co-defendants.

4. The delays in addressing Plaintiff's serious medical needs are causing him to suffer unnecessary pain and anxieties.

5. It would be proper, and appropriate, for the Court to appoint independant expert to assess and address the Plaintiff's serious medical needs.

Respectfully submitted this 15th day of May 2006.

*Stanley E. Permenter*
Stanley E. Permenter 190836
P.O. Box B
Elmore, AL 36025

### Verification

I have read the foregoing and hereby verify that the matters alleged therein are true. I certify under penalty of perjury that the foregoing is true and correct.

Executed at Elmore, Alabama this 15th day of May 2006

*Stanley E. Permenter*

### Certificate of Service

A copy of the foregoing was served upon:

Gregory F. Yaghmai
Attorney for Defendant Nevels
2450 Valleydale Road
Birmingham, AL 35244

Alabama Department Of Corrections
General Counsel
301 South Ripley Street
Montgomery, AL 36130

Peyton Chapman, III
R. Brett Garrett
"Rushton, Stakely, Johnston &
Garrett, P.A."
Attorneys for Defendants Prison Health Services, Inc., James Whitley, M.D., Thomas Craig, H.S.A., Debbie Hamby, N.P. and Cynthia Nevels

By placing copy in U.S. Mail this 15th day of May 2006.

*Stanley E. Permenter*

[Handwritten envelope, rotated]

Return address:
R. Bermonter (M-152)
Bi[...]
Box 8
[...], AL 36025

Postmark: MONTGOMERY AL 361 / 15 MAY 2006 PM 3 T

Addressee:
Clerk
U.S. District Court
P.O. Box 711
Montgomery, AL 36101

Legal Mail