IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STANLEY PERMENTER, #190 836         *

    Plaintiff,                                     *

    v.                                                  *        2:06-CV-72-MEF

DONAL CAMPBELL, *et al.*,              *

    Defendants.                                  *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' Motion to Withdraw as Counsel for Cynthia Nevels, L.P.N., and for good cause, it is

ORDERED that the motion (Doc. No. 23) be and is hereby GRANTED.

Done, this 17th day of May, 2006.

                                        /s/ Susan Russ Walker
                                        SUSAN RUSS WALKER
                                        UNITED STATES MAGISTRATE JUDGE