IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STANLEY PERMENTER, #190 836 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Defendants PHS, Inc., Whitley, Craig, and Hamby's Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants PHS, Inc., Whitley, Craig, and Hamby's Motion for Extension of Time (Doc. No. 22) is GRANTED;

2. Defendants PHS, Inc., Whitley, Craig, and Hamby are GRANTED an extension from May 12, 2006 to June 5, 2006 to file their answer and written report.

DONE, this 17th day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE