IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| STANLEY PERMENTER, #190 836 | * | |
| Plaintiff, | * | |
| v. | * | 2:06-CV-72-MEF |
| DONAL CAMPBELL, *et al.*, | * | |
| Defendants. | * | |

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's May 16, 2006 pleading, which the court construes as a Motion to Strike Defendants Nevels, PHS, Inc., Whitley, Craig, and Hamby's Motions for Extension of Time (Doc. No. 26), and in light of the court's orders granting these Defendants' requests for additional time to file their answer and written report (*see* Doc. Nos. 19, 28), it is

ORDERED that Plaintiff's Motion to Strike (Doc. No. 26) be and is hereby DENIED as moot.

DONE, this 22nd day of May, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE