IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Stanley Permenter,   *

Plaintiff,

vs.   *   Case No.: 2:06-CV-72-MEF

Donal Campbell, et. al.,

Defendants.   *

MOTION FOR ORDER COMPELLING DISCLOSURE OR DISCOVERY

COMES NOW Stanley Permenter, pro se, an moves for an order compelling disclosure or discovery from Defendant Campbell pursuant to this Honorable Court's order of April 30, 2006 and for good cause therefore shows;

1. Defendant Campbell is in contempt of this Court's orde which required "An answer and written report be filed with the court containing the sworn statements of all persons having knowledge of the subject matter of the amended complaint..."

2. Defendant Campbell's answer and special report denies; each and every material allegation made in the complaint; that he violated the Plaintiff's constitutional rights; that he violated the Plaintiff's due process rights; and that he caused or allowed to continue any unconstitutuional condition of the Plaintiff's confinement.

3. Attached to this motion is copy of letter from Defendant Campbell to U.S. Congressman Aderholdt which is self explanatory. See Exhibit "A"

4. In Estelle v. Gamble, 429 U.S. 97, (1976) the United States Supreme Court held that "deliberate indifference" to serious medical needs of prisoners constitutes the 'unnecessary and wanton' infliction of pain Gregg v. Georgia, 428 U.S. 153 (1976) (joint opinion) proscribed by the Eighth Amendment. Moreover, the fact that defendants

contract out their medical services provided to prisoners does not relieve them of their duty to see to it that those medical services are adequate. See West v. Atkins, 487 U.S. 42 (1988) ("Contracting out prison medical care does not relieve the State of its constitutional duty to provide adequate medical treatment to those in custody, and it does not deprive the State's prisoners of means to vindicate their Eighth Amendment rights.") (emphasis)

WHEREFORE PREMISES CONSIDERED Stanley Permenter prays the Court will order sanctions against Defendant Campbell pursuant to Rule 37 (b)(2) Federal Rules Of Civil Procedure.

Respectfully submitted this 26th day of May 2006;

*[signature]*
Stanley Permenter
190836 (A1-152)
P.O. Box 8
Elmore, AL 36025

Certificate of Service

This is to certify a copy of the foregoing was served upon;

Mr. Benjamin H. Albritton
Assistant Attorney General
11 South Union Street
Montgomery, AL 36130

By placing copy of same in the institutional Mailbox at Elmore Correctional Center this 26th day of May 2006.

*[signature]*