


**Bob Riley**
GOVERNOR

## State of Alabama
## Alabama Department of Corrections

301 South Ripley Street
P. O. Box 301501
Montgomery, AL 36130

**Donal Campbell**
COMMISSIONER

May 19, 2005

Mr. Robert Aderholt
Congressman, 4th District
247 Carl Elliott Building
Jasper, Alabama 35501

Congressman Aderholt:

In response to inmate Stanley Permenter, AIS #190836 and his concerns, the Alabama Department of Corrections (ADOC) is addressing his needs. Since the last correspondence regarding this inmate in March of this year, it is my understanding there has been no significant change. However, I have requested that medical personnel review his particular situation again to ensure proper care.

Additionally, inmate Permenter may seek release of his medical information through proper procedures. He may contact his classification specialist at Bibb Correctional Facility if he chooses to exercise that option.

Thank you for contacting me in this matter. Please do so whenever necessary.

Sincerely,

Donal Campbell
Commissioner

DC/sh

Enclosure

CC: Ruth Naglich
    Director/Medical Services

(334) 353-3870            (334) 353-3967