IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STANLEY PERMENTER, #190 836      *

    Plaintiff,      *

    v.      *      2:06-CV-72-MEF

DONAL CAMPBELL, *et al*.,      *

    Defendants.      *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's May 31, 2006 pleading, which the court construes as a Motion to Hold Defendant Campbell in Contempt for Failing to Comply with Court Orders, or in the alternative, Motion for Sanctions (Doc. No. 30), and for good cause, it is

ORDERED that the motion and alternative motion (Doc. No. 30) be and are hereby DENIED.

DONE, this 2nd day of June, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE