IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY PERMENTER (AIS #190836),        *

      Plaintiff,        *

V.        *        2:06-CV-72-MEF

DONAL CAMPBELL, ET AL.,        *

      Defendants.        *

## DEFENDANTS' MOTION TO EXTEND TIME TO FILE
## SPECIAL REPORT AND ANSWER

COME NOW Defendants, Prison Health Services, Inc., James Whitley, M.D., Thomas Craig, H.S.A., and Debbie Hamby, N.P. and respectfully request that this Honorable Court extend the time period which these Defendants have to file their Answer and Special Report in this action by twenty (20) days up to and including June 25, 2006.  As grounds for this Motion, Defendants show to the Court as follows:

1.    It has been determined that two (2) of the named Defendants in this matter, Thomas Craig, H.S.A. and Debbie Hamby, N.P., are no longer employed with Prison Heath Services, Inc. Since PHS no longer employs these Defendants, counsel has had difficulty contacting these Defendants and arranging meetings with them in order to properly represent their interests in this matter.

2.    This brief extension of time will in no way prejudice any party, nor will it unduly delay the adjudication of this matter.

WHEREFORE, these Defendants request that this Honorable Court extend the time in which they have to respond to this Honorable Court's Order by twenty (20) days up to and including June 25, 2006.

Respectfully submitted,

s/L. Peyton Chapman, III
Alabama State Bar Number CHA060
s/R. Brett Garrett GAR085
Attorneys for Defendants James Whitley,
M.D., Thomas Craig, H.S.A., Debbie
Hamby, N.P. and Prison Health Services, Inc.

RUSHTON, STAKELY, JOHNSTON &
GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama  36101-0270
Telephone: (334) 834-8480
Fax: (334) 262-6277
E-mail: bg@rsjg.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served by U.S. Mail this the 2nd day of June, 2006, to:

Stanley Permenter #190836
Elmore Correctional Facility
P.O. Box 8
Elmore, AL 36025

s/R. Brett Garrett GAR085
Attorneys for Defendants James Whitley,
M.D., Thomas Craig, H.S.A., Debbie
Hamby, N.P., and Prison Health Services,
Inc.