IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STANLEY PERMENTER, #190 836         *

    Plaintiff,                                         *

    v.                                                     *         2:06-CV-72-MEF

DONAL CAMPBELL, *et al.*,                *

    Defendants.                                      *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' June 2, 2006 Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 32) is GRANTED; and

2. Defendants Hamby, Whitley, Craig, and PHS, Inc., are GRANTED an extension from June 5, 2006 to June 26, 2006 to file their answer and written report.

DONE, this 7th day of June, 2006.

                                              /s/ Susan Russ Walker
                                              SUSAN RUSS WALKER
                                              UNITED STATES MAGISTRATE JUDGE