IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| STANLEY PERMENTER, ) | |
| AIS # 190836, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:06-CV-MEF |
| ) | |
| DONAL CAMPBELL, et al., ) | |
| ) | |

## AFFIDAVIT OF CHARLES NEVELS, M.D.

**STATE OF ALABAMA  )**
**ELMORE COUNTY    )**

My name is Charles Nevels. I am a licensed psychiatrist, and I am over the age of twenty-one (21). I am employed by Mental Health Management Services, Inc. ("MHM"). I have never been employed by the State of Alabama or the Department of Corrections. MHM contracts with the Alabama Department of Corrections to provide mental health treatment. I am personally familiar with all facts set forth in this affidavit.

I have reviewed the Amended Complaint. Furthermore, I have reviewed Plaintiff's Interdisciplinary Progress Notes and the treatment plan prescribed for Plaintiff mental health treatment.

All of the treatment I have provided to Plaintiff as an employee of MHM has occurred at the Bibb County Correctional Facility in Bibb County, Alabama.

Based on my review of Plaintiff's medical records and my personal knowledge of the treatment I provided, it is my opinion that all of Plaintiff's mental health complaints I treated

were evaluated and treated in an appropriate and timely fashion. At all times, I exercised the same degree of care, skill, and diligence as other similarly situated health care providers would have exercised under the same or similar circumstances. Simply, it is my opinion that the appropriate standard of care was adhered to at all times in providing mental health treatment to the Plaintiff.

At no time have I denied any needed mental health treatment, nor have I ever acted with deliberate indifference to any serious medical need of the Plaintiff.

Further Affiant saith not.

/s/Charles Nevels, MD
Charles Nevels, M.D.

STATE OF ALABAMA   )
ELMORE COUNTY      )

Sworn to and subscribed before me this the _____ day of _____, 2006.

_____
NOTARY PUBLIC
My Commission Expires:_____