# EXHIBIT B

Please note that the first eleven pages of Defendant's "Exhibit B" are illegible when converted into PDF format.  Defendant's counsel has been advised by the Clerk's office of the United States District Court, Middle District, to not send a copy to this Honorable Court, but instead to maintain the originals should the Court wish to review them.

INTERDISCIPLINARY PROGRESS NOTES

INTERDISCIPLINARY PROGRESS NOTES







| DATE | TIME | NOTES | SIGNATURE |
|------|------|-------|-----------|







# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Parmenter, Stanley_

AIS #: _190836_    LOCATION: _Bibb_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Wellbutrin | 150 mg | Bid | 3/17 |
| Trazodil | 150 mg | TID | ~~$465~~ 3/17/05 — |

**PROBLEM REPORTED:**

Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _2/8_

Explanation:

_missed 6 doses out of 8 days_

Reported by: _Albertina Long_    Date: _2/8/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Says the nurses know his meds. Says he doesn't see the nurses write any thing down. But he does take it. Goes for breakfast almost every morning._

Follow-Up by: _Albertina Long_    Date: _2/15/05_

**PSYCHIATRIC REVIEW/PLAN:**

_PT SAYS HE IS COMPLYING_

Follow-Up by: _____    Date: _2/16/05_

| Inmate Name | AIS # |
|---|---|
| _Stanley Parmenter_ | _190836_ |

DOC Form #458-01

AR 458 – August 30, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Perimenter Stanley_

AIS #: _190836_      LOCATION: _____

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date ___ |
|---|---|---|---|
| Vistoril | 15mg | Tid | |

---

**PROBLEM REPORTED:**

    Side effects:_____ Medication-Related Problem:_____ Non-Compliance:_____

Explanation: _Im Missed 2 doses @ 3Am, 5 doses @ 9Am and 4 dose @ 7pm_
_Inmate Conseled for noncompliance of and its effect._
_not may occur._

Reported by: _K Calgone pn_      Date: _7/15/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Inmate says sometime he is told he come back_
_later if he goes to 9am will call. Then when he goes 7pm_
_they give him the meds but he be witnessed when not_
_signing the book and when brought it to their attention_
_on several occasion and then he has been told he cannot_
_argue with the nurse. And he has gotten complaints about the_
_3am nurse. Abatevory_
Follow-Up by: _To Md and something her helped_ _Change to wake up also_
     Date: _7/19/05_

**PSYCHIATRIC REVIEW/PLAN:**

         _AS ABOVE_

Follow-Up by: _[signature]_      Date: _5/24/05_

| Inmate Name | AIS # |
|---|---|
| _Perimenter Stanley_ | _190836_ |

DOC Form #458-01

AR 458 – August 30, 2001



**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _12/16/04_

**To:** _____

**From:** _Charles Nevels, MD_

**Inmate Name:** _Permenter Stanley_      **ID#:** _190836_

The following action is recommended for medical reasons:

1.   House in _____

2.   Medical Isolation _____

3.   Work restrictions _____

4.   May have extra _____ until _____

5.   Other _LAY-IN DUE TO MEDS/BACK PAIN x 180d_
     _12/16/04 - 6/16/05_

**Comments:**

_____

_____

_____

_____

**Date:** _12/16/04_   **MD Signature:** _____   **Time:** _____

60418

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** _8/4/04_

**To:** _____

**From:** _CHARLES NEVECS, MD_

**Inmate Name:** _PERMSITER, STANEY_     **ID#:** _190836_

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until_____

5. Other _LAY-IN DUE TO MEDS - X 90d   8/5/04 - 11/5/04_

**Comments:**

_____

_____

_____

_____

**Date:** _8/4/04_ **MD Signature:** _____ **Time:** _____

60418

## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: Stanley Permenter

AIS #: 190836          LOCATION: D2 6B

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Wellbutrin | 150 mg | BID | 9/23/05 |
| Vistaril | 150 mg | TID | 9/23/05 |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem: ✓ Non-Compliance:_____
Explanation:
States meds not helping his anxiety. Wants a med change.

Reported by: _Samuel MSW, MHP_   Date: 7/26/05

**MENTAL HEALTH NURSE FOLLOW-UP:**
Appointment scheduled for 8/31/05 Inmate counseled on noncompliance and the side effects that may occur and problem with not taking the prescribed medication.

Follow-Up by: _Albertine Ivy_   Date: 7/27/05

**PSYCHIATRIC REVIEW/PLAN:**
WILL SEE ON HIS NEXT SCHEDULED APP'T

Follow-Up by: _____   Date: 9/22/05

| Inmate Name | AIS # |
|---|---|
| Stanley Permenter | 190836 |

DOC Form #458-01

AR 458 – August 30, 2001

# PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: *Parmender, Stanley*

AIS #: *190836*                    LOCATION: _____

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| *Vistaril* | *50mg* | *9A* | |

## PROBLEM REPORTED:

Side effects: _____   Medication-Related Problem: _____   Non-Compliance: _X_

Explanation:

*7 doses missed*

Reported by: *Albertine Long*        Date: *8/12*

## MENTAL HEALTH NURSE FOLLOW-UP:

Inmate counseled on medication compliance and the problem and side effects that can occur from not taking the medications.

Follow-Up by: *Albertine Long*        Date: *8/31*

## PSYCHIATRIC REVIEW/PLAN:

*NOTED*

Follow-Up by: _____        Date: *8/31*

| Inmate Name | AIS # |
|---|---|
| | |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Parmenter, Stanley_

AIS #: _190836_          LOCATION: _Bibb_

## PSYCHOTROPIC MEDICATION (S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|------------|--------|-----------|-----------|
| _Vistaril_ | _5 mg_ | _9A_ | |

**PROBLEM REPORTED:**

Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _X_

Explanation:

_missed 11 dose_

Reported by: _Albertina Long_          Date: _8/31_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate counseled on medication compliance and the problem and side effects that can occur from not taking the medications.

_Denies missing any meds says he gets meds TID_
_MAR does show initials for other meds at same time._

Follow-Up by: _Albertina Long_          Date: _8/31_

**PSYCHIATRIC REVIEW/PLAN:**

_NOTED_

Follow-Up by: _[signature]_          Date: _8/31_

| Inmate Name | AIS # |
|-------------|-------|
| _Parmenter, Stanley_ | |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated On: 2/18/04   Treatment Coordinator: A. Nichols

Inmate's Housing Location: population C 1   Institution: R 66

DSM IV Diagnosis:
Axis I: Generalized Anxiety D/O
Axis II: deferred
Axis III: ① coc - syph 1998 - ② back problems -
Axis IV: incarceration
Axis V: _____

Problem #1 Anxiety, stress, worry & sleep - now stable on Zistoril
Goal: maintenance                                    & Clonazepam
Target Date for Resolution: ongoing
Intervention: TAKE medication as ordered, nurse to monitor
TAKE stress mgt group next cycle.
Staff Member Responsible: CRNP/MD/TC   TC/90 days   Frequency:

Problem #2
Goal: eliminate (suing conflict, -
Target Date for Resolution: ongoing
Intervention: see TC 1X/mth.

Staff Member Responsible: TC - 1X/mth.   Frequency:

Problem #3
Goal:

Target Date for Resolution:
Intervention:


Staff Member Responsible:   Frequency:
Second Page attached:   Yes ☐   No ☐
                              Treatment Team Members
Psychiatrist: _____   Date: 2/18/04
Mental Health Nurse: _____   Date: 2/18/04
Treatment Coordinator: _____   Date: _____
Inmate Agreement: X Stanley Parmenter   Date: 2/18/04
Treatment Plan Review by: _____   (within six months)

Inmate Name

Parmenter, Stanley                     AIS #
                                       190836   ALDOC Form 462-01
                5 of 15
                                       _____ CCS 2/18/04
                                       TC AR462 October 5, 2001

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed On: _8/27/04_  Treatment Plan Initiated On: _2-18-04_

Inmate's Current Housing Location: _population - A_ Institution: _Bibb_

CURRENT STATUS:

Problem #1 _Anxiety, stress, increased worry - (+7/10 today) - adjusting V_

Target Date for Resolution: _ongoing_
Status:          Resolved ☐    No Change ☐    Modified ☑    _medication change_

Outcome/Modification: _completed + received certificate for Anger/stress mgt._
_continue to take medicines_

Staff Member Responsible: _LPN/MD/TC_          Frequency: _30/90 days_

Problem #2 _Depression: today - fatigue +8, sleep +8, Anger +8, isolation +7,_

Target Date for Resolution: _ongoing_
Status:          Resolved ☐    No Change ☑    Modified ☐          _Anhedonia +10_

Outcome/Modification: _continue medications - about Depression drop_
_in two week._

Staff Member Responsible: _LPN/MD/TC_          Frequency: _30/90 days_

Problem #3

Target Date for Resolution:
Status:          Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible:                      Frequency:

Comments:

Second Page attached:      Yes ☐  No ☐

Treatment Team Members
Psychiatrist: _[signature]_                     Date: _8/25/04_
Mental Health Nurse:                           Date:
Treatment Coordinator: _D. P. [signature]_      Date: _8/27/04_

Inmate Agreement: X _Stanley Parmenter_         Date:
Next Treatment Plan Review by:                  (within six months)

Inmate Name
_Permenter, Stanley_

AIS #
_190836_          ALDOC Form 462-02

_Julicio Samuel MSW, MHP_
_8/25/04_

6 of 15

AR462- October 5, 2001