

# PRISON HEALTH SERVICES, INC.
## *COMPLAINT/GRIEVANCE*

Print Name: Stanley Permenter    Date of Request: 2/22/05
ID # 190836    Date of Birth: 5/1/68    Location: A2-34
Nature of problem: After being told I had Hepatitis C months ago I expected Doctor Whitley or specialist to have seen me to discuss options to treating this disease. When CRNP Hamby told me I was positive with the Hepatitis no one could tell me treatment options. I need healthcare.

_Stanley Permenter_
Signature

## DO NOT WRITE BELOW THIS LINE

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: FEB 2 2 2005
Time:
Receiving Nurse Initials _____

(S)ubjective:



(O)bjective   (V/S):  T:         P:         R:         BP:         WT:



(A)ssessment:



(P)lan:



Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
    If Emergency was PHS supervisor notified:   Yes ( )   No ( )
        Was MD/PA on call notified:   Yes ( )   No ( )

_____
*SIGNATURE AND TITLE*

WHITE:   INMATES MEDICAL FILE
YELLOW: INMATE RETAINS COPY