EXHIBIT B

Please note that the first eleven pages of Defendant's "Exhibit B" are illegible when converted into PDF format.  A copy of those pages is being mailed to the Clerk's office.













PSYCHIATRIC PROGRESS NOTES

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Pimenter, Stanley_

AIS #: _190836_          LOCATION: _Bibb_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Wellbutrin | 150 mg | Bid | 3/17 |
| Trazodil | 150 mg | THS | ~~3/17~~ 3/17/05 — |

---

**PROBLEM REPORTED:**
   Side effects:_____ Medication-Related Problem:_____ Non-Compliance: _2/8_
Explanation:

_missed 6 doses out of 8 days_

Reported by: _Albertina Long_          Date: _2/8/05_

---

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Says the nurses know his meds. Says he doesn't see the nurses write anything down. But he does take it. Goes for breakfast almost every morning._

Follow-Up by: _Albertina Long_          Date: _2/15/05_

---

**PSYCHIATRIC REVIEW/PLAN:**
   _PT SAYS HE IS COMPLYING_

Follow-Up by: _[signature]_          Date: _2/16/05_

| Inmate Name | AIS # |
|---|---|
| _Stanley Pimenter_ | _190836_ |

DOC Form #458-01

AR 458 – August 30, 2001

# ALABAMA DEPARTMENT OF CORRECTIONS
## MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Permenter Stanley_

AIS #: _190836_                              LOCATION: _____

## PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Vistaril | 180 mg | Tid | |

**PROBLEM REPORTED:**
Side effects:_____ Medication-Related Problem:_____ Non-Compliance:_____

Explanation: _Inm Missed 2 doses @ 3am, 5 doses @ 9am and 4 doses @ 7pm_
_Inmts Conseled for noncompliance + al aids effect_
_that may occur_

Reported by: _K Cajone pn_                    Date: _7/15/05_

**MENTAL HEALTH NURSE FOLLOW-UP:**

_Inmate says sometime he's told he come back_
_later if he goes to 9am will call then when he goes 7pm_
_they give inmate meds but he be witnessed them not_
_signing the book and he has brought it to their attention_
_on several occasion and then he has been told he cannot_
_argue with the nurses. Say he has gotten complaint about the_
_3am meds._ _Unable to wake up for the_

Follow-Up by: _Dr. M't and ____ her _____       Date: _7/19/__

**PSYCHIATRIC REVIEW/PLAN:**

_As Above_

Follow-Up by: _____       Date: _5/24/05_

| Inmate Name | AIS # |
|---|---|
| _Permenter Stanley_ | _190836_ |

DOC Form #458-01

AR 458 – August 30, 2001

**PHS**
PRISON
HEALTH
SERVICES
INCORPORATED

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 12/16/04

**To:** _____

**From:** Charles Nevels, MD

**Inmate Name:** Parmenter Stanley     **ID#:** 190836

## The following action is recommended for medical reasons:

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other _LAY-IN DUE TO MEDS / BACK PAIN x 180d_
   12/16/04 - 6/16/05

**Comments:**

_____

_____

_____

_____

**Date:** 12/16/04     **MD Signature:** _____     **Time:** _____

60418



**PRISON
HEALTH
SERVICES
INCORPORATED**

# SPECIAL NEEDS COMMUNICATION FORM

**Date:** 8/4/04

**To:** _____

**From:** CHARLES NEVECS MD

**Inmate Name:** PERMSITER STANEY    **ID#:** 190836

**The following action is recommended for medical reasons:**

1. House in _____

2. Medical Isolation _____

3. Work restrictions _____

4. May have extra _____ until _____

5. Other LAY-IN DUE TO MEDS - X 90d 8/5/04 - 11/5/04

**Comments:**

_____

_____

_____

_____

**Date:** 8/4/04    **MD Signature:** _____    **Time:** _____

60418

MENTAL HEALTH SERVICES

### PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Stanley Permenter_

AIS #: _190836_          LOCATION: _O2 6B_

**PSYCHOTROPIC MEDICATION(S) PRESCRIBED:**

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| Wellbutrin | 150 mg | BID | 9/23/05 |
| Vistaril | 150mg | TID | 9/23/05 |

**PROBLEM REPORTED:**
Side effects:_____   Medication-Related Problem: _✓_   Non-Compliance:_____
Explanation:

States meds not helping his anxiety. Wants a med change.

Reported by: _Samuel MSW, MHP_   Date: 7/26/05

**MENTAL HEALTH NURSE FOLLOW-UP:**

Appointment scheduled for 8/31/05. Inmate counseled on noncompliance and the side effects that may occur and problem with not taking the prescribed medication.

Follow-Up by: _Albertina Ivy_   Date: 7/27/05

**PSYCHIATRIC REVIEW/PLAN:**

WILL SEE ON HIS NEXT SCHEDULED APP'T

Follow-Up by: _____   Date: 9/22/05

| Inmate Name | AIS # |
|---|---|
| Stanley Permenter | 190836 |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: _Permender, Stanley_

AIS #: _190836_                    LOCATION: _____

## PSYCHOTROPIC MEDICATION (S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| _Vistaril_ | _50mg_ | _9A_ | |

---

**PROBLEM REPORTED:**
   Side effects: _____   Medication-Related Problem: _____   Non-Compliance: _✓_
Explanation:

_7 doses missed_

Reported by: _Albertina Long_     Date: _8/2_

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate counseled on medication compliance and the problem and side effects that can occur from not taking the medications.

Follow-Up by: _Albertina Long_     Date: _8/31_

**PSYCHIATRIC REVIEW/PLAN:**

_NOTED_

Follow-Up by: _[signature]_     Date: _8/31_

| Inmate Name | AIS # |
|---|---|
| | |

DOC Form #458-01

3 of 4

AR 458 – August 30, 2001

## PSYCHOTROPIC MEDICATION REPORT

INMATE NAME: *Parmenter, Stanley*

AIS #: *190836*          LOCATION: *Bibb*

### PSYCHOTROPIC MEDICATION(S) PRESCRIBED:

| Medication | Dosage | Frequency | Stop Date |
|---|---|---|---|
| *Vistaril* | *5 mg* | *9A* | |

---

**PROBLEM REPORTED:**
Side effects:____   Medication-Related Problem:____   Non-Compliance: *X*
Explanation:

*Missed 11 dose*

Reported by: *Albertina Ivy*          Date: *8/31*

**MENTAL HEALTH NURSE FOLLOW-UP:**

Inmate counseled on medication compliance and the problem and side effects that can occur from not taking the medications.

*Denies missing any meds says he gets meds TID.
MAR does show initials for other meds at same time.*

Follow-Up by: *Albertina Ivy*          Date: *8/3)*

**PSYCHIATRIC REVIEW/PLAN:**

*NOTED*

Follow-Up by: _____          Date: *8/3)*

| Inmate Name *PARMENTER, Stanley* | AIS # |
|---|---|

DOC Form #458-01

AR 458 – August 30, 2001

ALABA    DEPARTMENT OF CORRECTIONS
NTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE

Treatment Plan Initiated On: _2/18/04_    Treatment Coordinator: _A. Nichols_

Inmate's Housing Location: _population C 1_    Institution: _R.bb_

DSM IV Diagnosis:
Axis I: _Generalized Anxiety D/O_
Axis II: _deferred_
Axis III: _① CVC — Sept 1993 — ② back problems_
Axis IV: _incarceration_
Axis V: _____

Problem #1 _Anxiety, stress, worry + sleep — now stable on Vistaril_
Goal: _maintain_    _+ Sinequan_
Target Date for Resolution: _ongoing_
Intervention: _Take medication as ordered, nurse to monitor_
_Take stress mgt group next cycle._

Staff Member Responsible: _LPN/MD/TC 30/90 days_    Frequency:

Problem #2
Goal: _eliminate (using caplat, —_
Target Date for Resolution: _ongoing_
Intervention: _see TC 1X/mth._

Staff Member Responsible: _TC — 1X/mth._    Frequency:

Problem #3
Goal:

Target Date for Resolution:
Intervention:

Staff Member Responsible:    Frequency:
Second Page attached:    Yes ☐    No ☐
                          Treatment Team Members
Psychiatrist: _____    Date: _2/18/04_
Mental Health Nurse: _Silveio Dominu LPN_    Date: _2/18/04_
Treatment Coordinator: _____    Date: _____

Inmate Agreement _X Stanley Parmenter_    Date: _2/18/04_
Treatment Plan Review by: _____    (within six months)

Inmate Name                                AIS #

_Parmenter, Stanley_                       _190836_

                                           5 of 15

ALABAMA DEPARTMENT OF CORRECTIONS
MENTAL HEALTH SERVICES
TREATMENT PLAN: OUTPATIENT CARE  *(REVIEW)*

Treatment Plan Reviewed On: _8/27/04_  Treatment Plan Initiated On: _2-18-04_

Inmate's Current Housing Location: _population - A_  Institution: _Bibb_

CURRENT STATUS:

Problem #1 _Anxiety, stress, increased worry - (47/10 today) - adjusting V's_

Target Date for Resolution: _ongoing_

Status:    Resolved ☐    No Change ☐    Modified ☒    _medication change_

Outcome/Modification: _completed + received certificate for Anger stress mgt._
_continue to take medicines_

Staff Member Responsible: _LPN/MD/TC_          Frequency: _30/90 days_

Problem #2 _Depression: today - fatigue +8, sleep +8, Anger +8, isolation +7,_

Target Date for Resolution: _ongoing_

Status:    Resolved ☐    No Change ☒    Modified ☐        _Anhedonia +10_

Outcome/Modification: _continue medication - Start Depression Group_
_in two weeks._

Staff Member Responsible: _LPN/MD/TC_          Frequency: _30/90 days_

Problem #3

Target Date for Resolution:

Status:    Resolved ☐    No Change ☐    Modified ☐

Outcome/Modification:

Staff Member Responsible:               Frequency:

Comments:

Second Page attached:  Yes ☐  No ☐

                    Treatment Team Members
Psychiatrist: _____       Date: _8/25/04_
Mental Health Nurse: _____      Date: _____
Treatment Coordinator: _____      Date: _8/27/04_

Inmate Agreement: X _Stanley Parmenter_    Date: _____
Next Treatment Plan Review by: _____   (within six months)

Inmate Name                              AIS #

_Permenter, Stanley_                     _190836_

_Felicia Samuel  MSW, MHP_
_8/25/04_

ALDOC Form 462-02

AR462– October 5, 2001