

# PRISON HEALTH SERVICES, INC.
## *COMPLAINT/GRIEVANCE*

Print Name: Stanley Permenter   Date of Request: 2/22/05
ID # 190836   Date of Birth: 5/1/68   Location: A2-34
Nature of problem: After being told I had Hepatitis C months ago I expected Doctor Whitley or specialist to have seen me to discuss options to treating this disease. When CRNP Hamby told me I was positive with the Hepatitis no one could tell me treatment options. I need healthcare.

_Signature_

**DO NOT WRITE BELOW THIS LINE**

Date: ___/___/___
Time: _____ AM  PM
Allergies: _____

RECEIVED
Date: FEB 22 2005
Time:
Receiving Nurse Initials _____

**(S)ubjective:**

**(O)bjective  (V/S):**  T:     P:     R:     BP:     WT:

**(A)ssessment:**

**(P)lan:**

Refer to:   MD/PA   Mental Health   Dental   Daily Treatment      Return to Clinic PRN
CIRCLE ONE
Check One:   ROUTINE ( )    EMERGENCY ( )
   If Emergency was PHS supervisor notified:   Yes ( )    No ( )
      Was MD/PA on call notified:   Yes ( )    No ( )

_SIGNATURE AND TITLE_

WHITE:   INMATES MEDICAL FILE
YELLOW:   INMATE RETAINS COPY