VOLUMINOUS EXHIBITS A-1 through A-8 CONTAINING MEDICAL RECORDS NOT SCANNED

AVAILABLE FOR VIEWING IN THE CLERK'S OFFICE