
**DEFENDANT'S EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

STANLEY PERMENTER (AIS #190836),　　　*

　　　　Plaintiff,　　　　　　　　　　　　*

V.　　　　　　　　　　　　　　　　　　　*　　2:06-CV-72-MEF

DONAL CAMPBELL, ET AL...　　　　　　　*

　　　　Defendants.　　　　　　　　　　　*

### AFFIDAVIT OF THOMAS CRAIG, R.N.

**BEFORE ME,** _____, a notary public in and for said County and State, personally appeared **THOMAS CRAIG, R.N.** and being duly sworn, deposed and says on oath that the averments contained in the foregoing are true to the best of his ability, information, knowledge and belief, as follows:

"My name is Thomas Craig. I am over the age of twenty-one and am personally familiar with all of the facts set forth in this Affidavit. I have been a licensed, registered nurse in Alabama since 2003. I hold a Degree in nursing from Shelton State Community College. I served as the Health Services Administrator (H.S.A.) at Bibb Correctional Facility ("Bibb") in Brent, Alabama from June 2004 through November 2006. During this time period I was employed by Prison Health Services, Inc. ("PHS"), the company which currently contracts with the Alabama Department of Corrections to provide medical services to inmates.

Stanley Permenter (AIS #190836) was incarcerated at Bibb County Correctional Facility from January 19, 2001 through September 21, 2005. I am vaguely familiar with Mr. Permenter. I have reviewed Mr. Permenter's Complaint in this action as well.

It is my understanding that Mr. Permenter has made an allegation in this matter that Prison Health Services failed to treat his Hepatitis C in an appropriate manner. While it is difficult to determine from the Plaintiff's Complaint how PHS acted inappropriately in providing him care, I can say with certainty that I was not responsible for creating a treatment plan for this inmate. As Health Services Administrator, I did not have the authority to determine how this inmate's Hepatitis C was treated. I defer to Dr. Whitley with regard to the appropriateness of any and all treatment provided to Mr. Permenter at Bibb County Correctional Facility.

Based on my knowledge of the treatment provided to Mr. Permenter, it is my opinion that all of Mr. Permenter's medical conditions and complaints have been evaluated in a timely fashion, and that his diagnosed conditions have been treated in a timely and appropriate fashion by PHS employees involved in his care at Bibb County Correctional Facility. Mr. Permenter has been seen and evaluated by the medical or nursing staff, and has been referred to an appropriate care provider and/or otherwise given appropriate care, each time he has registered any health complaints with PHS at Bibb County Correctional Facility.

At all times, PHS healthcare providers at Bibb County Correctional Facility have exercised the same degree of care, skill, and diligence in our evaluation and treatment of Mr. Permenter as other similarly situated health care providers would have exercised under the same or similar circumstances. In other words, it is my opinion that the

appropriate standard of care has been adhered to at all times in providing medical care, evaluation, and treatment to this inmate by PHS and its employees. At no time did I, or any other member of the PHS medical or nursing staff at Bibb County Correctional Facility, deny Mr. Permenter any medical treatment which was necessary or indicated for him, nor did we ever act with deliberate indifference to any serious medical need of Mr. Permenter. At no time have I or any other PHS employee denied Mr. Permenter any needed medical treatment, nor have we ever interfered with his care in any way."

Further affiant sayeth not.

_____
THOMAS CRAIG, R.N.


STATE OF ALABAMA        )
                        )
COUNTY OF _____ )


Sworn to and subscribed before me on this the _____ _____ day of ___ _____, 2006.

_____
Notary Public

My Commission Expires:

_____