In The United States District Court
Middle District Of Alabama
Northern Division

RECEIVED
2006 JUN 30 A 9:40
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Stanley Permenter,           *
Plaintiff,

vs.                          *    Case No.: 2:06-CV-72-MEF-SRW

Donal Campbell, et.al.
Defendants.                  *

### Motion To Extend Time To Amend Complaint

Come Now Plaintiff, Stanley Permenter, and respectfully requests this Honorable Court extend the time to file an Amended Complaint in this action by thirty (30) days up to and including August 3, 2006 and for cause therefor shows:

1. Due to the fact that Donal Campbell is no longer Commissioner of Department of Corrections and the fact that Defendants, Prison Health Services, Inc. and Mental Health Management Services, Inc., no longer have the same health-care providers treating Plaintiff ("Whitley", "Nevels", "Craig" + "Hamby") it will be necessary to add additional Defendants.

2. Defendants will not provide Plaintiff copy of <u>his</u> medical files which prejudices his case. The copy in "Nevels" Special Report are illegible and Prison Health Services, Inc., Whitley, Craig, and Hamby have yet to provide theirs.

Wherefore premises considered, Plaintiff prays the Court will grant extension of time to Amend Complaint and Order Defendants to provide Plaintiff legible copy of his medical records.

Respectfully submitted this 29th day of June 2006.

Stanley E Permenter

Certificate Of Service

This is to certify I served a copy of the foregoing upon:

R. Brett Garrett
P.O. Box 270
Montgomery, AL 36101-0270

Gregory F. Yaghmai
2450 Valleydale Road
Birmingham, AL 35244

Hon. Troy King
Attorney General
11 South Union Street
Montgomery, AL 36130

By placing copy of same in the institutional Mailbox Elmore Correctional Center this 29th day of June 2006.

Stanley E. Permenter
Plaintiff (Pro Se)
190836   A1-152
P.O. Box 8
Elmore, AL 36025