IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

STANLEY PERMENTER, #190 836        *

    Plaintiff,                             *

    v.                                       *       2:06-CV-72-MEF

DONAL CAMPBELL, *et al.*,                *

    Defendants.                          *

_____

**ORDER ON MOTION**

Upon consideration of Plaintiff's Motion for Extension of Time to file an amendment to his complaint, and for good cause, it is

ORDERED that the motion (Doc. No. 40) be and is hereby DENIED.

Done this 2nd day of August 2006.

                                         /s/ Vanzetta Penn McPherson
                                         VANZETTA PENN MCPHERSON
                                         UNITED STATES MAGISTRATE JUDGE