**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Joseph C____  ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
                                 8/28/06

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

1. Article Addressed to:

Parmenter

Clerk, U. S. District Court Northern District of Alabama
United States District Court, Hugo L. Black U. S. Courthouse
1729 5th Avenue North, Room 140
Birmingham, AL 35203

2:06cv72 (transfer order + entire file)

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☑ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)   7005 1160 0001 2962 4585

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540